M. P. No. 75-291. EDWARD T. DILLON *v.* KIRSHENBAUM & KIRSHENBAUM, *Attorneys at Law, Inc., et al.* Motion of respondent to dismiss petition as moot is granted. *Francis J.*

---

954

*Maguire,* for petitioner. *Kirshenbaum & Kirshenbaum, Attorneys at Law, Inc.,* for respondents.